ACCEPTED
12-15-00154-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/22/2015 1:21:16 PM
Pam Estes
CLERK

## No. 12-15-00154-CR

| | | |
|---|---|---|
| **DANIEL LEE KNOD** | § | **IN THE COURT OF APPEALS** |
| Appellant | § | |
| | § | |
| **vs.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | **AT TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/22/2015 1:21:16 PM
PAM ESTES
Clerk

## MOTION FOR LEAVE TO FILE AMENDED BRIEF
## PURSUANT TO TEX. R. APP. PROC. 38.7

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Appellant in the above entitled and numbered cause, and makes this Motion for Leave to File Amended Brief, and for good cause shows the following:

### I.

Counsel filed his brief in this matter on 11 August 2015. No extensions were requested to make that filing.

Counsel has now, through research into issues in other cases, discovered that an important, non-frivolous issue was missed. An Amended Brief that address that issue is being filed concurrently with this motion.

Counsel has a good-faith belief that not only is the issue now raised meritorious, but also that the issue is likely to be resolved in Appellant's favor. Specifically, it appears that Appellant's sentence was improperly enhanced and that resulted in the imposition of a sentence that exceeded the maximum permissible sentence for the offense charged. By permitting Appellant to have the issue reviewed now rather than in a subsequent writ, the Court would be conserving judicial resources and ensuring a quick and just outcome for all parties.

Rule 38.7 of the Texas Rules of Appellate Procedure provides that the Court may permit the filing of an amended brief "whenever justice requires." Counsel would urge the Court to consider that a defendant serving an eighteen year sentence when the maximum permissible sentence was only two years presents such a situation and it is respectfully requested that the Court grant leave to file the amended brief today submitted to the court.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion and afford accept Appellant's Amended Brief.

Respectfully submitted,

/s/ Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by efile.

/s/ Austin Reeve Jackson